# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143841(144)

CHERYL DEBANO-GRIFFIN,
      Plaintiff -Appellant,

v

LAKE COUNTY and LAKE COUNTY BOARD
OF COMMISSIONERS,
      Defendants-Appellees.

SC:  143841
COA:  282921
Lake CC:  05-006469-CZ

_____

      On order of the Chief Justice, the motion by plaintiff-appellant for extension to June 26, 2012 of the time for filing her brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012

_____
Clerk